NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Hazelbaker,<br><br>    Plaintiff,<br><br>v.<br><br>Metropolitan Property and Casualty Insurance Company,<br><br>    Defendant. | No. CV-13-08067-PCT-JJT<br><br>**ORDER** |

Pursuant to the parties' Joint Stipulation of Dismissal Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii) (Doc. 292), and good cause appearing therefor,

IT IS HEREBY ORDERED granting the Joint Stipulation (Doc. 292) and dismissing this case in its entirety with prejudice, and without costs or fees to either party except as otherwise resolved by the parties.

Dated this 26th day of October, 2015.

_____
Honorable John J. Tuchi
United States District Judge